IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**RICHARD WYATT,** :
    **Plaintiff,** :
           :
      **v.** : **CIVIL ACTION NO. 15-2259**
           :
**PHILADELPHIA HOUSING** :
**AUTHORITY,** *et al.***,** :
    **Defendants.** :
_____ :

## ORDER

    **AND NOW**, this 3rd day of March 2017, upon consideration of Defendants' Motions to Dismiss [Doc. Nos. 30, 31], and Plaintiff's response thereto, the Court hereby **ORDERS** that Defendants' Motions are **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum. The Clerk is **DIRECTED** to **CLOSE** this case.

    It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**
                                        _____
                                        **CYNTHIA M. RUFE, J.**